JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

 Defense Language Institute – Criminal Law
 1336 Plummer Street, Building 275
 Monterey, CA 93944
 Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED
ORIGINAL
2008 MAR 5 P 2:25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08-00138 PVT |
| Plaintiff, | VIOLATION: 18 U.S.C. §1382 – Entering military, naval, or Cost Guard property. |
| vs. | |
| MILES DANIEL MARKSTEIN, | |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. §1382 – Entering military, naval, or Cost Guard property.

On or about October 30, 2007 at Defense Language Institute, Foreign Language Center, Presidio of Monterey, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

MILES DANIEL MARKSTEIN,

1

1 | did enter and was found within a military installation, after having been ordered not to enter by
2 | an officer or person in command or charge thereof, in violation of Title 18, United States Code,
3 | Section 1382, a Class B misdemeanor.

DATED: 3/3/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
CPT Robert N. Michaels
SAUSA

2

PER 18 U.S.C. 3170

AO 257 (Rev. 9/92)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

CR-08-00138 PVT

FILED 2008 MAR 5 P 2:47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Presidio of Monterey, DLI FLC

U.S.C. Citation: See attached sheet

**DEFENDANT -- U.S. vs.**
MILES DANIEL MARKSTEIN

Address: 219 Union Street, Santa Cruz, CA 95060

Birth Date: [redacted]

☑ Male  ☐ Female  ☐ Alien (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, POM PD

IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. / Day / Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal: Mo. / Day / Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment.

To appear before Judge Seeborg, 2 June 2008 at 9:30 am. United States District Court, 1000 South Main Street, #214, Salinas, CA 93901.

ATTACHMENT TO PENALTY SHEET
U.S. v. Markstein

**COUNT ONE:** 18 USC Sec. 1382 Entering military, naval or Coast Guard Property.

Penalties:
Maximum Penalties:
6 Months imprisonment; and/or
$5,000 fine