JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00138-PVT |
|     Plaintiff, ) | |
| vs. ) | MOTION AND ORDER FOR AMENDED SUMMONS |
| MILES DANIEL MARKSTEIN ) | |
|     Defendant. ) | |

    The Government hereby requests that an amended summons be issued for the above named defendant.

    Due to defendant's class schedule conflicting with the original initial hearing date, the Government requests that the time, date, and location of initial hearing in the above captioned matter be rescheduled to 4 August, 2008 at 9:30 AM at the United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.  The defendant's current address is 219 Union Street, Santa Cruz, California 95060.

1

The Government makes this request based on the charge specified in the Information filed with the Court on 5 March 2008, which was violation of 18 United States Code, Section 1382 – Entering Military, Naval, or Coast Guard Property.

JOSEPH P. RUSSONIELLO
United States Attorney

_____
ROBERT N. MICHAELS
Special Assistant United States Attorney

## **ORDER**

Based on the government's motion and good cause appearing,

    IT IS HEREBY ORDERED that an amended summons be issued for the above named defendant.

Dated: _____2008    _____
                                                   HOWARD R. LLOYD
                                                   United States Magistrate Judge