1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA  93944
7      Telephone: (831) 242-4537
       FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

**FILED**

MAR 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SALINAS DIVISION

13  UNITED STATES OF AMERICA,         )    No. CR-08-00138-PVT
                                      )
14              Plaintiff,            )
                                      )
15         vs.                        )    MOTION AND ORDER
                                      )    FOR AMENDED SUMMONS
16  MILES DANIEL MARKSTEIN            )
                                      )
17              Defendant.            )
                                      )
18  _____

19     The Government hereby requests that an amended summons be issued for the above
20  named defendant.
21     Due to defendant's class schedule conflicting with the original initial hearing date, the
22  Government requests that the time, date, and location of initial hearing in the above captioned
23  matter be rescheduled to 4 August, 2008 at 9:30 AM at the United States Bankruptcy Court,
24  Building 214, 1000 Main Street, Salinas, California. The defendant's current address is 219
25  Union Street, Santa Cruz, California 95060.
26

1

The Government makes this request based on the charge specified in the Information filed with the Court on 5 March 2008, which was violation of 18 United States Code, Section 1382 – Entering Military, Naval, or Coast Guard Property.

JOSEPH P. RUSSONIELLO
United States Attorney

ROBERT N. MICHAELS
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that an amended summons be issued for the above named defendant.

Dated: 3/17 2008

HOWARD R. LLOYD
United States Magistrate Judge

2