BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MARKSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00138 PVT |
| Plaintiff, | xxxxxxxx [XXX] STIPULATED PROTECTIVE ORDER |
| vs. | |
| MILES DANIEL MARKSTEIN, | |
| Defendant. | |

GOOD CAUSE APPEARING, upon the stipulation of defendant Miles Daniel Markstein, by and through Assistant Federal Public Defender Nicholas P. Humy, and the United States, by and through Special Assistant United States Attorney Robert N. Michaels, IT IS HEREBY ORDERED:

1. Assistant Federal Public Defender Humy and his investigator shall be permitted to photograph the areas in and around the Presidio of Monterey as provided for in the Court's May 1, 2009, Order Granting Defendant Markstein's Motion to Photograph the Presidio of Monterey. The defense shall take these photographs at a time determined to be mutually convenient by both parties. Mr. Humy and his investigator shall be permitted to take these photographs without being escorted by anyone from either the government or the military. The Presidio of Monterey

Protective Order     1

1  may require Mr. Humy and his investigator to sign in at the base when they arrive, to wear
2  badges or carry passes indicating that their presence is permitted, and to sign out before leaving
3  the base.  The defense is not required to show the photographs to anyone from either the
4  government or the military, except as required by the defense's discovery obligations under the
5  law.
6       2.   All photographs will be taken with a digital camera, using a memory card that is
7  dedicated exclusively to this case.
8       3.   The defense shall maintain the memory card in the Office of the Federal Public
9  Defender.  Photos from the memory card will be transferred only onto office computers, and
10 those computers will remain in the office.  All of the photographs taken shall be indexed, and the
11 index shall be produced to the government.  The memory card containing the photographs shall
12 be lodged under seal with the Court promptly after the photographs have been taken at the base
13 and transferred to the Federal Public Defender's computer(s).
14      4.   Any prints of the photos will be shown only to members of the Office of the Federal
15 Public Defender, the Court and court personnel, the defendant, witnesses and potential witnesses.
16 A list of all individuals who have viewed the photographs shall be strictly maintained by the
17 Federal Public Defender, and all such individuals shall be required to read this Order prior to
18 viewing any photographs.
19      5.   At the conclusion of the trial in this matter, any photographs that have been
20 introduced as evidence shall be filed <u>under seal</u>.  All copies of photos will be destroyed and all
21 images of the photographs will be deleted.
22      IT IS SO ORDERED.
23 Dated:  May 8, 2009

_____
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Court

Protective Order     2