AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_Northern_ DISTRICT OF _California_

UNITED STATES OF AMERICA

V.

Miles Daniel Markskin

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR08-00138 PVT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

**FILED**

JUN 16 2009

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

_Patricia V. Trumbull_
Signature of Judicial Officer

PATRICIA V. TRUMBULL, Magistrate Judge
Name and Title of Judicial Officer

June 12, 2009
Date